## STANDARDIZED FUND ACCOUNTING REPORT for Venctis Settlement Fund - Cash Basis

Receivership; Civil Court Docket No. 10-CIV-4493(JAP)
FINAL Report: 9/2/10 to 10/01/2013

| FUND ACCOUNTING (See Instructions): | | Detail | Subtotal | Grand Total |
|---|---|---|---|---|
| Line 1 | Beginning Balance (As of 9/2/10): | 0 | 0 | |
| | *Increases in Fund Balance:* | | | |
| Line 2 | Business Income | 0 | 0 | - |
| Line 3 | Cash and Securities | | | 114,879 |
| Line 4 | Interest/Dividend Income | | 0 | 2,759 |
| Line 5 | Business Asset Liquidation | | | 69,599 |
| Line 6 | Personal Asset Liquidation | | | 399,362 |
| Line 7 | Third-Party Litigation Income | | | 243,523 |
| Line 8 | Miscellaneous - Other | | | 715 |
| | **Total Funds Available (Lines 1 – 8):** | | | $ 830,837 |
| | *Decreases in Fund Balance:* | | | |
| Line 9 | Disbursements to Investors | | | |
| Line 10 | Disbursements for Receivership Operations | | | |
| Line 10a | *Disbursements to Receiver or Other Professionals* | | | 240,938 |
| Line 10b | *Business Asset Expenses* | | | 11,083 |
| Line 10c | *Personal Asset Expenses* | | | 5,507 |
| Line 10d | *Investment Expenses* | | | |
| Line 10e | *Third-Party Litigation Expenses* | | | |
| | 1. Attorney Fees | | | |
| | 2. Litigation Expenses | | | 11,698 |
| | *Total Third-Party Litigation Expenses* | | | |
| Line 10f | *Tax Administrator Fees and Bonds* | Receiver Bond | | 18,524 |
| Line 10g | *Federal and State Tax Payments* | | | 2,692 |
| | **Total Disbursements for Receivership Operations** | | | 290,442 |
| Line 11 | Disbursements for Distribution Expenses Paid by the Fund: | | | |
| Line 11a | *Distribution Plan Development Expenses:* | | | |
| | 1. Fees: | | | |
| | Fund Administrator............................ | | | |
| | Independent Distribution Consultant (IDC).......... | | | |
| | Distribution Agent............................ | | | |
| | Consultants.................................. | | | |
| | Legal Advisers............................... | | | |
| | Tax Advisers................................ | | | |
| | 2. Administrative Expenses | | | |
| | 3. Miscellaneous | | | |
| | *Total Plan Development Expenses* | | | |
| Line 11b | *Distribution Plan Implementation Expenses:* | | | |
| | 1. Fees: | | | |
| | Fund Administrator............................ | | | |
| | IDC......................................... | | | |
| | Distribution Agent............................ | | | |
| | Consultants.................................. | | | |
| | Legal Advisers............................... | | | |
| | Tax Advisers................................ | | | |
| | 2. Administrative Expenses | | | |
| | 3. Investor Identification: | | | |
| | Notice/Publishing Approved Plan................ | | | |
| | Claimant Identification....................... | | | |
| | Claims Processing............................ | | | |
| | Web Site Maintenance/Call Center.............. | | | |
| | 4. Fund Administrator Bond | | | |
| | 5. Miscellaneous | | | |
| | 6. Federal Account for Investor Restitution (FAIR) Reporting Expenses | | | |
| | *Total Plan Implementation Expenses* | | | |
| | **Total Disbursements for Distribution Expenses Paid by the Fund** | | | - |
| Line 12 | Disbursements to Court/Other: | | | |
| Line 12a | *Investment Expenses/Court Registry Investment System (CRIS) Fees* | | | |
| Line 12b | *Federal Tax Payments* | | | |
| | **Total Disbursements to Court/Other:** | | | |
| | **Total Funds Disbursed (Lines 9 – 11):** | | | $ 290,442 |

## STANDARDIZED FUND ACCOUNTING REPORT for Venetis Settlement Fund - Cash Basis
Receivership; Civil Court Docket No. 10-CIV-4493(JAP)
FINAL Report: 9/2/10 to 10/01/2013

| | | Detail | Subtotal | Grand Total |
|---|---|---|---|---|
| Line 13 | Ending Balance (10/1/13): | | | $ 540,395 |
| Line 14 | Ending Balance of Fund – Net Assets: | | | |
| Line 14a | Cash & Cash Equivalents | | | |
| Line 14b | Investments | | | |
| Line 14c | Other Assets or Uncleared Funds | | | |
| | Total Ending Balance of Fund – Net Assets * | | see note below | $ 540,394 |

**OTHER SUPPLEMENTAL INFORMATION:**

| | | Detail | Subtotal | Grand Total |
|---|---|---|---|---|
| | *Report of Items NOT To Be Paid by the Fund:* | | | |
| Line 15 | **Disbursements for Plan Administration Expenses Not Paid by the Fund:** | | | |
| Line 15a | Plan Development Expenses Not Paid by the Fund: | | | |
| | 1. Fees: | | | |
| | Fund Administrator............ | | | |
| | IDC............ | | | |
| | Distribution Agent............ | | | |
| | Consultants............ | | | |
| | Legal Advisers............ | | | |
| | Tax Advisers............ | | | |
| | 2. Administrative Expenses | | | |
| | 3. Miscellaneous | | | |
| | *Total Plan Development Expenses Not Paid by the Fund* | | | |
| Line 15b | Plan Implementation Expenses Not Paid by the Fund: | | | |
| | 1. Fees: | | | |
| | Fund Administrator............ | | | |
| | IDC............ | | | |
| | Distribution Agent............ | | | |
| | Consultants............ | | | |
| | Legal Advisers............ | | | |
| | Tax Advisers............ | | | |
| | 2. Administrative Expenses | | | |
| | 3. Investor Identification: | | | |
| | Notice/Publishing Approved Plan............ | | | |
| | Claimant Identification............ | | | |
| | Claims Processing............ | | | |
| | Web Site Maintenance/Call Center............ | | | |
| | 4. Fund Administrator Bond | | | |
| | 5. Miscellaneous | | | |
| | 6. FAIR Reporting Expenses | | | |
| | *Total Plan Implementation Expenses Not Paid by the Fund* | | | |
| Line 15c | *Tax Administrator Fees & Bonds Not Paid by the Fund* | | | |
| | **Total Disbursements for Plan Administration Expenses Not Paid by the Fund** | | | |
| Line 16 | **Disbursements to Court/Other Not Paid by the Fund:** | | | |
| Line 16a | Investment Expenses/CRIS Fees | | | |
| Line 16b | Federal Tax Payments | | | |
| | **Total Disbursements to Court/Other Not Paid by the Fund:** | | | |
| Line 17 | **DC & State Tax Payments** | | | |
| Line 18 | **No. of Claims:** | | | |
| Line 18a | # of Claims Received This Reporting Period............ | | | |
| Line 18b | # of Claims Received Since Inception of Fund............ | | | |
| Line 19 | **No. of Claimants/Investors:** | | | |
| Line 19a | # of Claimants/Investors Paid This Reporting Period............ | | | |
| Line 19b | # of Claimants/Investors Paid Since Inception of Fund............ | | | |

NOTE:
*Actual amt on hand is $540,388.93. Difference is result of rounding amounts to nearest dollar.
This report represents entire period.
Annexed are 4 interim reports for specific periods.

Receiver:

By: /s/ Joshua Markowitz
    (signature)

Joshua Markowitz
Date: 10/01/2013

EXHIBIT "B"

9/08/08

**STANDARDIZED FUND ACCOUNTING REPORT** for Venetis Settlement Fund - Cash Basis
Receivership; Civil Court Docket No. 10-CIV-4493(JAP)
FINAL Reporting Period 12/28/2012 to 10/01/2013

*4th Interim* (handwritten)

| FUND ACCOUNTING (See Instructions): | | Detail | Subtotal | Grand Total |
|---|---|---|---|---|
| Line 1 | Beginning Balance (As of 12/28/12): | 0 | 0 | $ 477,494 |
| | *Increases in Fund Balance:* | | | |
| Line 2 | Business Income | 0 | 0 | |
| Line 3 | Cash and Securities | | | |
| Line 4 | Interest/Dividend Income | Footnote 2 | 0 | 1,238 |
| Line 5 | **Business Asset Liquidation** | | | |
| Line 6 | Personal Asset Liquidation | | | |
| Line 7 | Third-Party Litigation Income | Footnote 1 | | 100,000 |
| Line 8 | Miscellaneous - Other | | | |
| | Total Funds Available (Lines 1 – 8): | | | $ 578,732 |
| | *Decreases in Fund Balance:* | | | |
| Line 9 | Disbursements to Investors | | | |
| Line 10 | Disbursements for Receivership Operations | | | |
| Line 10a | Disbursements to Receiver or Other Professionals | | | 23,183 |
| Line 10b | Business Asset Expenses | | | |
| Line 10c | Personal Asset Expenses | | | |
| Line 10d | Investment Expenses | | | |
| Line 10e | Third-Party Litigation Expenses | | | |
| | 1. Attorney Fees | | | |
| | 2. Litigation Expenses | Footnote 3 | | 8,698 |
| | *Total Third-Party Litigation Expenses* | | | |
| Line 10f | Tax Administrator Fees and Bonds | Receiver Bond | | 5,457 |
| Line 10g | Federal and State Tax Payments | | | 1,000 |
| | **Total Disbursements for Receivership Operations** | | | 38,338 |
| Line 11 | Disbursements for Distribution Expenses Paid by the Fund: | | | |
| Line 11a | *Distribution Plan Development Expenses:* | | | |
| | 1. Fees: | | | |
| | Fund Administrator.......... | | | |
| | Independent Distribution Consultant (IDC)........ | | | |
| | Distribution Agent.......... | | | |
| | Consultants.......... | | | |
| | Legal Advisers.......... | | | |
| | Tax Advisers.......... | | | |
| | 2. Administrative Expenses | | | |
| | 3. Miscellaneous | | | |
| | *Total Plan Development Expenses* | | | |
| Line 11b | *Distribution Plan Implementation Expenses:* | | | |
| | 1. Fees: | | | |
| | Fund Administrator.......... | | | |
| | IDC.......... | | | |
| | Distribution Agent.......... | | | |
| | Consultants.......... | | | |
| | Legal Advisers.......... | | | |
| | Tax Advisers.......... | | | |
| | 2. Administrative Expenses | | | |
| | 3. Investor Identification: | | | |
| | Notice/Publishing Approved Plan.......... | | | |
| | Claimant Identification.......... | | | |
| | Claims Processing.......... | | | |
| | Web Site Maintenance/Call Center.......... | | | |
| | 4. Fund Administrator Bond | | | |
| | 5. Miscellaneous | | | |
| | 6. Federal Account for Investor Restitution (FAIR) Reporting Expenses | | | |
| | *Total Plan Implementation Expenses* | | | |
| | **Total Disbursements for Distribution Expenses Paid by the Fund** | | | - |
| Line 12 | Disbursements to Court/Other: | | | |
| Line 12a | *Investment Expenses/Court Registry Investment System (CRIS) Fees* | | | |
| Line 12b | *Federal Tax Payments* | | | |
| | **Total Disbursements to Court/Other:** | | | |
| | **Total Funds Disbursed (Lines 9 – 11):** | | | $ 38,338 |

EXHIBIT "B"

9/08/08

## STANDARDIZED FUND ACCOUNTING REPORT for Venetis Settlement Fund - Cash Basis
Receivership; Civil Court Docket No. 10-CIV-4493(JAP)
FINAL Reporting Period 12/28/2012 to 10/01/2013

| | | Detail | Subtotal | Grand Total |
|---|---|---|---|---|
| Line 13 | Ending Balance (10/1/13): | | | $ 540,394 |
| Line 14 | Ending Balance of Fund – Net Assets: | | | |
| Line 14a | Cash & Cash Equivalents | | | |
| Line 14b | Investments | | | |
| Line 14c | Other Assets or Uncleared Funds | | | |
| | Total Ending Balance of Fund – Net Assets | | | $ 540,394 |

**OTHER SUPPLEMENTAL INFORMATION:**

| | | Detail | Subtotal | Grand Total |
|---|---|---|---|---|
| | *Report of Items NOT To Be Paid by the Fund:* | | | |
| Line 15 | **Disbursements for Plan Administration Expenses Not Paid by the Fund:** | | | |
| Line 15a | Plan Development Expenses Not Paid by the Fund: | | | |
| | 1. Fees: | | | |
| |    Fund Administrator............................................. | | | |
| |    IDC...................................................................... | | | |
| |    Distribution Agent................................................ | | | |
| |    Consultants.......................................................... | | | |
| |    Legal Advisers..................................................... | | | |
| |    Tax Advisers....................................................... | | | |
| | 2. Administrative Expenses | | | |
| | 3. Miscellaneous | | | |
| | *Total Plan Development Expenses Not Paid by the Fund* | | | |
| Line 15b | Plan Implementation Expenses Not Paid by the Fund: | | | |
| | 1. Fees: | | | |
| |    Fund Administrator............................................. | | | |
| |    IDC...................................................................... | | | |
| |    Distribution Agent................................................ | | | |
| |    Consultants.......................................................... | | | |
| |    Legal Advisers..................................................... | | | |
| |    Tax Advisers....................................................... | | | |
| | 2. Administrative Expenses | | | |
| | 3. Investor Identification: | | | |
| |    Notice/Publishing Approved Plan........................ | | | |
| |    Claimant Identification........................................ | | | |
| |    Claims Processing............................................... | | | |
| |    Web Site Maintenance/Call Center..................... | | | |
| | 4. Fund Administrator Bond | | | |
| | 5. Miscellaneous | | | |
| | 6. FAIR Reporting Expenses | | | |
| | *Total Plan Implementation Expenses Not Paid by the Fund* | | | |
| Line 15c | Tax Administrator Fees & Bonds Not Paid by the Fund | | | |
| | **Total Disbursements for Plan Administration Expenses Not Paid by the Fund** | | | |
| Line 16 | **Disbursements to Court/Other Not Paid by the Fund:** | | | |
| Line 16a | Investment Expenses/CRIS Fees | | | |
| Line 16b | Federal Tax Payments | | | |
| | Total Disbursements to Court/Other Not Paid by the Fund: | | | |
| Line 17 | **DC & State Tax Payments** | | | |
| Line 18 | **No. of Claims:** | | | |
| Line 18a | # of Claims Received This Reporting Period........................................................ | | | |
| Line 18b | # of Claims Received Since Inception of Fund..................................................... | | | |
| Line 19 | **No. of Claimants/Investors:** | | | |
| Line 19a | # of Claimants/Investors Paid This Reporting Period............................................ | | | |
| Line 19b | # of Claimants/Investors Paid Since Inception of Fund......................................... | | | |

Receiver:

By: /s/ Joshua Markowitz
(signature)

Joshua Markowitz
Date: 10/01/2013

EXHIBIT "A"

9/08/08

**FOOTNOTE1**
*Third Party Litigation Settlements:*

| | | |
|---|---|---:|
| Hannay | $ | 100,000.00 |
| TOTAL: | $ | 100,000.00 |

**FOOTNOTE 2**
*Interest*

| | | |
|---|---|---:|
| Current Period | $ | 884.00 |
| Interest unaccounted for during period 7/1/11 to 7/31/12 | $ | 354.00 |
| TOTAL: | $ | 1,238.00 |

**FOOTNOTE 3**
*Litigation Expenses*

| | | |
|---|---|---:|
| Chas Schwab-subpoenaed records | $ | 112.55 |
| Guaranteed Subpoena-service of subpoena | $ | 59.95 |
| Gold Gerstein Group - expert | $ | 5,000.00 |
| JAMS - mediator fees | $ | 3,525.00 |
| TOTAL: | $ | 8,697.50 |

**STANDARDIZED FUND ACCOUNTING REPORT for Venetis Settlement Fund - Cash Basis**
Receivership; Civil Court Docket No. 10-CIV-4493(JAP)
Reporting Period 08/01/2012 to 12/31/2012

*3rd interim*

| FUND ACCOUNTING (See Instructions): | | Detail | Subtotal | Grand Total |
|---|---|---|---|---|
| Line 1 | Beginning Balance (As of 8/1/12): | 0 | 0 | $ 447,856 |
| | *Increases in Fund Balance:* | | | |
| Line 2 | Business Income | 0 | 0 | — |
| Line 3 | Cash and Securities | | | |
| Line 4 | Interest/Dividend Income | Interest | 0 | 522 |
| Line 5 | Business Asset Liquidation | | | |
| Line 6 | Personal Asset Liquidation | | | |
| Line 7 | Third-Party Litigation Income | Footnote 1 | | 100,000 |
| Line 8 | Miscellaneous - Other | | | |
| | Total Funds Available (Lines 1 – 8): | | | $ 548,378 |
| | *Decreases in Fund Balance:* | | | |
| Line 9 | Disbursements to Investors | | | |
| Line 10 | Disbursements for Receivership Operations | | | |
| Line 10a | *Disbursements to Receiver or Other Professionals* | Footnote 2 | | 65,305 |
| Line 10b | *Business Asset Expenses* | | | |
| Line 10c | *Personal Asset Expenses* | | | |
| Line 10d | *Investment Expenses* | | | |
| Line 10e | *Third-Party Litigation Expenses* | | | |
| | 1. Attorney Fees | | | |
| | 2. Litigation Expenses | Footnote 3 | | 122 |
| | *Total Third-Party Litigation Expenses* | | | |
| Line 10f | *Tax Administrator Fees and Bonds* | Receiver Bond | | 5,457 |
| Line 10g | *Federal and State Tax Payments* | | | |
| | Total Disbursements for Receivership Operations | | | |
| Line 11 | Disbursements for Distribution Expenses Paid by the Fund: | | | |
| Line 11a | *Distribution Plan Development Expenses:* | | | |
| | 1. Fees: | | | |
| | Fund Administrator............... | | | |
| | Independent Distribution Consultant (IDC).......... | | | |
| | Distribution Agent............... | | | |
| | Consultants............... | | | |
| | Legal Advisers............... | | | |
| | Tax Advisers............... | | | |
| | 2. Administrative Expenses | | | |
| | 3. Miscellaneous | | | |
| | *Total Plan Development Expenses* | | | |
| Line 11b | *Distribution Plan Implementation Expenses:* | | | |
| | 1. Fees: | | | |
| | Fund Administrator............... | | | |
| | IDC............... | | | |
| | Distribution Agent............... | | | |
| | Consultants............... | | | |
| | Legal Advisers............... | | | |
| | Tax Advisers............... | | | |
| | 2. Administrative Expenses | | | |
| | 3. Investor Identification: | | | |
| | Notice/Publishing Approved Plan............... | | | |
| | Claimant Identification............... | | | |
| | Claims Processing............... | | | |
| | Web Site Maintenance/Call Center............... | | | |
| | 4. Fund Administrator Bond | | | |
| | 5. Miscellaneous | | | |
| | 6. Federal Account for Investor Restitution (FAIR) Reporting Expenses | | | |
| | *Total Plan Implementation Expenses* | | | |
| | Total Disbursements for Distribution Expenses Paid by the Fund | | | |
| Line 12 | Disbursements to Court/Other: | | | |
| Line 12a | *Investment Expenses/Court Registry Investment System (CRIS) Fees* | | | |
| Line 12b | *Federal Tax Payments* | | | |
| | Total Disbursements to Court/Other: | | | |
| | Total Funds Disbursed (Lines 9 – 11): | | | |
| Line 13 | Ending Balance (7/31/2012): | | | $ 477,494 |

EXHIBIT "B"

9/08/08

## STANDARDIZED FUND ACCOUNTING REPORT for Venetis Settlement Fund - Cash Basis
Receivership; Civil Court Docket No. 10-CIV-4493(JAP)
Reporting Period 08/01/2012 to 12/31/2012

| Line | Description | Detail | Subtotal | Grand Total |
|---|---|---|---|---|
| Line 14 | **Ending Balance of Fund – Net Assets:** | | | |
| Line 14a | *Cash & Cash Equivalents* | | | |
| Line 14b | *Investments* | | | |
| Line 14c | *Other Assets or Uncleared Funds* | | | |
| | **Total Ending Balance of Fund – Net Assets** | | | $ 477,494 |

**OTHER SUPPLEMENTAL INFORMATION:**

| Line | Description | Detail | Subtotal | Grand Total |
|---|---|---|---|---|
| | *Report of Items NOT To Be Paid by the Fund:* | | | |
| Line 15 | **Disbursements for Plan Administration Expenses Not Paid by the Fund:** | | | |
| Line 15a | Plan Development Expenses Not Paid by the Fund: | | | |
| | 1. Fees: | | | |
| |    Fund Administrator........................................ | | | |
| |    IDC............................................................. | | | |
| |    Distribution Agent........................................ | | | |
| |    Consultants................................................. | | | |
| |    Legal Advisers............................................. | | | |
| |    Tax Advisers............................................... | | | |
| | 2. Administrative Expenses | | | |
| | 3. Miscellaneous | | | |
| | *Total Plan Development Expenses Not Paid by the Fund* | | | |
| Line 15b | Plan Implementation Expenses Not Paid by the Fund: | | | |
| | 1. Fees: | | | |
| |    Fund Administrator........................................ | | | |
| |    IDC............................................................. | | | |
| |    Distribution Agent........................................ | | | |
| |    Consultants................................................. | | | |
| |    Legal Advisers............................................. | | | |
| |    Tax Advisers............................................... | | | |
| | 2. Administrative Expenses | | | |
| | 3. Investor Identification: | | | |
| |    Notice/Publishing Approved Plan..................... | | | |
| |    Claimant Identification.................................. | | | |
| |    Claims Processing....................................... | | | |
| |    Web Site Maintenance/Call Center.................. | | | |
| | 4. Fund Administrator Bond | | | |
| | 5. Miscellaneous | | | |
| | 6. FAIR Reporting Expenses | | | |
| | *Total Plan Implementation Expenses Not Paid by the Fund* | | | |
| Line 15c | *Tax Administrator Fees & Bonds Not Paid by the Fund* | | | |
| | **Total Disbursements for Plan Administration Expenses Not Paid by the Fund** | | | |
| Line 16 | **Disbursements to Court/Other Not Paid by the Fund:** | | | |
| Line 16a | *Investment Expenses/CRIS Fees* | | | |
| Line 16b | *Federal Tax Payments* | | | |
| | **Total Disbursements to Court/Other Not Paid by the Fund:** | | | |
| Line 17 | **DC & State Tax Payments** | | | |
| Line 18 | **No. of Claims:** | | | |
| Line 18a | *# of Claims Received This Reporting Period........................* | | | |
| Line 18b | *# of Claims Received Since Inception of Fund.......................* | | | |
| Line 19 | **No. of Claimants/Investors:** | | | |
| Line 19a | *# of Claimants/Investors Paid This Reporting Period................* | | | |
| Line 19b | *# of Claimants/Investors Paid Since Inception of Fund..............* | | | |

Receiver:

By: /s/ Joshua Markowitz
(signature)

Joshua Markowitz
Date: 12/27/12

**FOOTNOTE 1**
*Third Party Litigation Settlements:*
Herdman                                              $   100,000.00

TOTAL:                                               $   100,000.00

**FOOTNOTE 2**
*Disbursements for Receiver Operations*
Markowitz Gravelle, LLP                              $    65,305.00

TOTAL:                                               $    65,305.00

**FOOTNOTE 3**
*Litigation Expenses*
Discovery Costs                                      $       121.94

TOTAL:                                               $       121.94

## STANDARDIZED FUND ACCOUNTING REPORT for Venetis Settlement Fund - Cash Basis
Receivership; Civil Court Docket No. 10-CIV-4493(JAP)
Reporting Period 07/01/2011 to 07/31/2012

*2nd interim*

| FUND ACCOUNTING (See Instructions): | | Detail | Subtotal | Grand Total |
|---|---|---|---|---|
| Line 1 | Beginning Balance (As of MM/DD/YYYY): | 0 | 0 | $ 542,997 |
| | *Increases in Fund Balance:* | | | |
| Line 2 | Business Income | | 0 | 0 | - |
| Line 3 | Cash and Securities | | | |
| Line 4 | Interest/Dividend Income | Interest | 0 | 999 |
| Line 5 | Business Asset Liquidation | | | |
| Line 6 | Personal Asset Liquidation | Footnote 1 | | 19,780 |
| Line 7 | Third-Party Litigation Income | Footnote 2 | | 43,523 |
| Line 8 | Miscellaneous - Other | | | |
| | Total Funds Available (Lines 1 – 8): | | | $ 607,299 |
| | *Decreases in Fund Balance:* | | | |
| Line 9 | Disbursements to Investors | | | |
| Line 10 | Disbursements for Receivership Operations | | | |
| Line 10a | *Disbursements to Receiver or Other Professionals* | Footnote 3 | | 147,614 |
| Line 10b | *Business Asset Expenses* | Footnote 4 | | 1,575 |
| Line 10c | *Personal Asset Expenses* | Footnote 5 | | 227 |
| Line 10d | *Investment Expenses* | | | |
| Line 10e | *Third-Party Litigation Expenses* | | | |
| | 1. Attorney Fees | | | |
| | 2. Litigation Expenses | Footnote 6 | 2,878 | |
| | *Total Third-Party Litigation Expenses* | | | 2,878 |
| Line 10f | *Tax Administrator Fees and Bonds* | Receiver Bond | | 5,457 |
| Line 10g | *Federal and State Tax Payments* | | | 1,692 |
| | Total Disbursements for Receivership Operations | | | 159,443 |
| Line 11 | Disbursements for Distribution Expenses Paid by the Fund: | | | |
| Line 11a | *Distribution Plan Development Expenses:* | | | |
| | 1. Fees: | | | |
| | Fund Administrator............................ | | | |
| | Independent Distribution Consultant (IDC).......... | | | |
| | Distribution Agent............................ | | | |
| | Consultants................................. | | | |
| | Legal Advisers............................... | | | |
| | Tax Advisers................................ | | | |
| | 2. Administrative Expenses | | | |
| | 3. Miscellaneous | | | |
| | *Total Plan Development Expenses* | | | |
| Line 11b | *Distribution Plan Implementation Expenses:* | | | |
| | 1. Fees: | | | |
| | Fund Administrator............................ | | | |
| | IDC......................................... | | | |
| | Distribution Agent............................ | | | |
| | Consultants................................. | | | |
| | Legal Advisers............................... | | | |
| | Tax Advisers................................ | | | |
| | 2. Administrative Expenses | | | |
| | 3. Investor Identification: | | | |
| | Notice/Publishing Approved Plan.................. | | | |
| | Claimant Identification......................... | | | |
| | Claims Processing............................ | | | |
| | Web Site Maintenance/Call Center................. | | | |
| | 4. Fund Administrator Bond | | | |
| | 5. Miscellaneous | | | |
| | 6. Federal Account for Investor Restitution (FAIR) Reporting Expenses | | | |
| | *Total Plan Implementation Expenses* | | | |
| | Total Disbursements for Distribution Expenses Paid by the Fund | | | |
| Line 12 | Disbursements to Court/Other: | | | |
| Line 12a | *Investment Expenses/Court Registry Investment System (CRIS) Fees* | | | |
| Line 12b | *Federal Tax Payments* | | | |
| | Total Disbursements to Court/Other: | | | |
| | Total Funds Disbursed (Lines 9 – 11): | | | |
| Line 13 | Ending Balance (7/31/2012): | | | $ 447,856 |

1

9/08/08

**STANDARDIZED FUND ACCOUNTING REPORT for Venetis Settlement Fund - Cash Basis**
Receivership; Civil Court Docket No. 10-CIV-4493(JAP)
Reporting Period 07/01/2011 to 07/31/2012

| | | Detail | Subtotal | Grand Total |
|---|---|---|---|---|
| Line 14 | **Ending Balance of Fund – Net Assets:** | | | |
| Line 14a | *Cash & Cash Equivalents* | | | |
| Line 14b | *Investments* | | | |
| Line 14c | *Other Assets or Uncleared Funds* | | | |
| | **Total Ending Balance of Fund – Net Assets** | | | $ 447,856 |
| | **OTHER SUPPLEMENTAL INFORMATION:** | | | |
| | *Report of Items NOT To Be Paid by the Fund:* | | | |
| Line 15 | **Disbursements for Plan Administration Expenses Not Paid by the Fund:** | | | |
| Line 15a | *Plan Development Expenses Not Paid by the Fund:* | | | |
| | 1. Fees: | | | |
| |     Fund Administrator............................................ | | | |
| |     IDC.................................................................... | | | |
| |     Distribution Agent............................................. | | | |
| |     Consultants....................................................... | | | |
| |     Legal Advisers.................................................. | | | |
| |     Tax Advisers.................................................... | | | |
| | 2. Administrative Expenses | | | |
| | 3. Miscellaneous | | | |
| | *Total Plan Development Expenses Not Paid by the Fund* | | | |
| Line 15b | *Plan Implementation Expenses Not Paid by the Fund:* | | | |
| | 1. Fees: | | | |
| |     Fund Administrator............................................ | | | |
| |     IDC.................................................................... | | | |
| |     Distribution Agent............................................. | | | |
| |     Consultants....................................................... | | | |
| |     Legal Advisers.................................................. | | | |
| |     Tax Advisers.................................................... | | | |
| | 2. Administrative Expenses | | | |
| | 3. Investor Identification: | | | |
| |     Notice/Publishing Approved Plan....................... | | | |
| |     Claimant Identification...................................... | | | |
| |     Claims Processing............................................ | | | |
| |     Web Site Maintenance/Call Center.................... | | | |
| | 4. Fund Administrator Bond | | | |
| | 5. Miscellaneous | | | |
| | 6. FAIR Reporting Expenses | | | |
| | *Total Plan Implementation Expenses Not Paid by the Fund* | | | |
| Line 15c | *Tax Administrator Fees & Bonds Not Paid by the Fund* | | | |
| | **Total Disbursements for Plan Administration Expenses Not Paid by the Fund** | | | |
| Line 16 | **Disbursements to Court/Other Not Paid by the Fund:** | | | |
| Line 16a | *Investment Expenses/CRIS Fees* | | | |
| Line 16b | *Federal Tax Payments* | | | |
| | **Total Disbursements to Court/Other Not Paid by the Fund:** | | | |
| Line 17 | **DC & State Tax Payments** | | | |
| Line 18 | **No. of Claims:** | | | |
| Line 18a | *# of Claims Received This Reporting Period........................................................* | | | |
| Line 18b | *# of Claims Received Since Inception of Fund......................................................* | | | |
| Line 19 | **No. of Claimants/Investors:** | | | |
| Line 19a | *# of Claimants/Investors Paid This Reporting Period..........................................* | | | |
| Line 19b | *# of Claimants/Investors Paid Since Inception of Fund.......................................* | | | |

Receiver:

By: /s/ Joshua Markowitz
(signature)

Joshua Markowitz
Date: 7/31/2012

2

9/08/08

**FOOTNOTE 1**
*Personal Asset Liquidation*

| | | |
|---|---|---|
| Timeshare sales | $ | 19,780.24 |
| TOTAL: | $ | 19,780.24 |

**FOOTNOTE 2**
*Third Party Litigation Settlements:*

| | | |
|---|---|---|
| Ferenci | $ | 6,000.00 |
| Lonney | $ | 15,000.00 |
| VanNess | | $10,000.00 |
| Shendock | | $12,522.96 |
| TOTAL: | $ | 43,522.96 |

**FOOTNOTE 3**
*Disbursements for Receiver Operations*

| | | |
|---|---|---|
| Markowitz Gravelle, LLP | $ | 82,662.50 |
| Bederson & Co. | $ | 64,951.03 |
| TOTAL: | $ | 147,613.53 |

**FOOTNOTE 4**
*Business Asset Expenses*

| | | |
|---|---|---|
| Michael Grillo, Paralegal | $ | 1,575.00 |
| TOTAL: | $ | 1,575.00 |

**FOOTNOTE 5**
*Personal Asset Expenses*

| | | |
|---|---|---|
| United Parcel Service | $ | 49.33 |
| Certified Copies | $ | 178.00 |
| TOTAL: | $ | 227.33 |

**FOOTNOTE 6**
*Litigation Expenses*

| | | |
|---|---|---|
| United Parcel Service | $ | 36.97 |
| Filing Fees | $ | 1,050.00 |
| Subpoena Service | $ | 1,064.45 |
| Court Reporting Services | $ | 726.87 |
| TOTAL: | $ | 2,878.29 |

## STANDARDIZED FUND ACCOUNTING REPORT for Venetis Settlement Fund - Cash Basis
Receivership; Civil Court Docket No.
Reporting Period 09/02/2010 to 06/30/2011 or Final Report Dated MM/DD/YYYY

*1st Interim* (handwritten)

| FUND ACCOUNTING (See Instructions): | | Detail | Subtotal | Grand Total |
|---|---|---|---|---|
| Line 1 | Beginning Balance (As of MM/DD/YYYY): | 0 | 0 | $ - |
| | *Increases in Fund Balance:* | | | |
| Line 2 | Business Income | 0 | 0 | |
| Line 3 | Cash and Securities | Footnote 1 | | 114,879 |
| Line 4 | Interest/Dividend Income | 0 | 0 | |
| Line 5 | **Business Asset Liquidation** | Footnote 2 | | 69,599 |
| Line 6 | **Personal Asset Liquidation** | Footnote 3 | | 379,582 |
| Line 7 | Third-Party Litigation Income | | | |
| Line 8 | Miscellaneous - Other | Footnote 2(b) | | 715 |
| | Total Funds Available (Lines 1 – 8): | | | $ 564,774 |
| | *Decreases in Fund Balance:* | | | |
| Line 9 | Disbursements to Investors | | | |
| Line 10 | Disbursements for Receivership Operations | | | |
| Line 10a | *Disbursements to Receiver or Other Professionals* | Footnote 6 | | 4,836 |
| Line 10b | *Business Asset Expenses* | Footnote 4 | | 9,508 |
| Line 10c | *Personal Asset Expenses* | Footnote 5 | | 5,280 |
| Line 10d | *Investment Expenses* | | | |
| Line 10e | *Third-Party Litigation Expenses* | | | |
| | 1. Attorney Fees | | | |
| | 2. Litigation Expenses | | | |
| | *Total Third-Party Litigation Expenses* | | | |
| Line 10f | *Tax Administrator Fees and Bonds* | Receiver Bond | | 2,153 |
| Line 10g | *Federal and State Tax Payments* | | | |
| | **Total Disbursements for Receivership Operations** | | | 21,777 |
| Line 11 | Disbursements for Distribution Expenses Paid by the Fund: | | | |
| Line 11a | *Distribution Plan Development Expenses:* | | | |
| | 1. Fees: | | | |
| | Fund Administrator............ | | | |
| | Independent Distribution Consultant (IDC)........... | | | |
| | Distribution Agent............ | | | |
| | Consultants............ | | | |
| | Legal Advisers............ | | | |
| | Tax Advisers............ | | | |
| | 2. Administrative Expenses | | | |
| | 3. Miscellaneous | | | |
| | *Total Plan Development Expenses* | | | |
| Line 11b | *Distribution Plan Implementation Expenses:* | | | |
| | 1. Fees: | | | |
| | Fund Administrator............ | | | |
| | IDC............ | | | |
| | Distribution Agent............ | | | |
| | Consultants............ | | | |
| | Legal Advisers............ | | | |
| | Tax Advisers............ | | | |
| | 2. Administrative Expenses | | | |
| | 3. Investor Identification: | | | |
| | Notice/Publishing Approved Plan............ | | | |
| | Claimant Identification............ | | | |
| | Claims Processing............ | | | |
| | Web Site Maintenance/Call Center............ | | | |
| | 4. Fund Administrator Bond | | | |
| | 5. Miscellaneous | | | |
| | 6. Federal Account for Investor Restitution (FAIR) Reporting Expenses | | | |
| | *Total Plan Implementation Expenses* | | | |
| | **Total Disbursements for Distribution Expenses Paid by the Fund** | | | |
| Line 12 | Disbursements to Court/Other: | | | |
| Line 12a | *Investment Expenses/Court Registry Investment System (CRIS) Fees* | | | |
| Line 12b | *Federal Tax Payments* | | | |
| | **Total Disbursements to Court/Other:** | | | |
| | **Total Funds Disbursed (Lines 9 – 11):** | | | |
| Line 13 | Ending Balance (7/31/2011): | | | $ 542,997 |

1

9/08/08

**STANDARDIZED FUND ACCOUNTING REPORT for Venetis Settlement Fund - Cash Basis**
Receivership; Civil Court Docket No.
Reporting Period 09/02/2010 to 06/30/2011 or Final Report Dated MM/DD/YYYY

| | | Detail | Subtotal | Grand Total |
|---|---|---|---|---|
| Line 14 | **Ending Balance of Fund – Net Assets:** | | | |
| Line 14a | Cash & Cash Equivalents | | | |
| Line 14b | Investments | | | |
| Line 14c | Other Assets or Uncleared Funds | | | |
| | **Total Ending Balance of Fund – Net Assets** | | | $ 542,997 |

**OTHER SUPPLEMENTAL INFORMATION:**

| | | Detail | Subtotal | Grand Total |
|---|---|---|---|---|
| | *Report of Items NOT To Be Paid by the Fund:* | | | |
| Line 15 | **Disbursements for Plan Administration Expenses Not Paid by the Fund:** | | | |
| Line 15a | Plan Development Expenses Not Paid by the Fund: | | | |
| | 1. Fees: | | | |
| | Fund Administrator............................................. | | | |
| | IDC...................................................................... | | | |
| | Distribution Agent............................................... | | | |
| | Consultants......................................................... | | | |
| | Legal Advisers................................................... | | | |
| | Tax Advisers....................................................... | | | |
| | 2. Administrative Expenses | | | |
| | 3. Miscellaneous | | | |
| | Total Plan Development Expenses Not Paid by the Fund | | | |
| Line 15b | Plan Implementation Expenses Not Paid by the Fund: | | | |
| | 1. Fees: | | | |
| | Fund Administrator............................................. | | | |
| | IDC...................................................................... | | | |
| | Distribution Agent............................................... | | | |
| | Consultants......................................................... | | | |
| | Legal Advisers................................................... | | | |
| | Tax Advisers....................................................... | | | |
| | 2. Administrative Expenses | | | |
| | 3. Investor Identification: | | | |
| | Notice/Publishing Approved Plan....................... | | | |
| | Claimant Identification....................................... | | | |
| | Claims Processing............................................. | | | |
| | Web Site Maintenance/Call Center.................... | | | |
| | 4. Fund Administrator Bond | | | |
| | 5. Miscellaneous | | | |
| | 6. FAIR Reporting Expenses | | | |
| | Total Plan Implementation Expenses Not Paid by the Fund | | | |
| Line 15c | Tax Administrator Fees & Bonds Not Paid by the Fund | | | |
| | **Total Disbursements for Plan Administration Expenses Not Paid by the Fund** | | | |
| Line 16 | **Disbursements to Court/Other Not Paid by the Fund:** | | | |
| Line 16a | Investment Expenses/CRIS Fees | | | |
| Line 16b | Federal Tax Payments | | | |
| | **Total Disbursements to Court/Other Not Paid by the Fund:** | | | |
| Line 17 | **DC & State Tax Payments** | | | |
| Line 18 | **No. of Claims:** | | | |
| Line 18a | # of Claims Received This Reporting Period............................... | | | |
| Line 18b | # of Claims Received Since Inception of Fund............................ | | | |
| Line 19 | **No. of Claimants/Investors:** | | | |
| Line 19a | # of Claimants/Investors Paid This Reporting Period.................. | | | |
| Line 19b | # of Claimants/Investors Paid Since Inception of Fund............... | | | |

Receiver:

By: _____
(signature)

Joshua Markowitz
Date:  8/8/2011

**FOOTNOTE 1**
Account Closures:

| | |
|---|---:|
| PNC Bank | $ 14,368.59 |
| Wells Fargo | $ 551.00 |
| Bank of America | $ 2,098.84 |
| Charles Schwab | $ 703.37 |
| Charles Schwab | $ 23,829.13 |
| Charles Schwab | $ 59,232.83 |
| Charles Schwab | $ 703.37 |
| Charles Schwab | $ 266.74 |
| Charles Schwab | $ 13,125.41 |
| TOTAL: | $ 114,879.28 |

**FOOTNOTE 2**

| | |
|---|---:|
| Auction Proceeds | $ 54,598.50 |
| Sale of Accounting Practice | $ 15,000.00 |
| TOTAL: | $ 69,598.50 |

**FOOTNOTE 2(b)**

| | |
|---|---:|
| Utility refund | $ 65.21 |
| Membership Termination | $ 650.00 |
| TOTAL: | $715.21 |

**FOOTNOTE 3**

| | |
|---|---:|
| House Sale | $ 357,869.88 |
| House - Auction Proceeds | $ 21,534.75 |
| TOTAL: | $ 379,404.63 |

**FOOTNOTE 4**

| | |
|---|---:|
| Misc./change locks etc. | $ 228.45 |
| Transcript Costs | $ 2,213.00 |
| File Removal/Storage | $ 5,711.92 |
| Legal Notices/Destruction of Docs. | $ 161.92 |
| Cortland Computers-wipe computers | $ 577.80 |
| Subpoena service for depositions | $ 229.90 |
| Searches | $ 385.00 |
| TOTAL: | $ 9,507.99 |

**FOOTNOTE 5**
House sale costs:

| | |
|---|---:|
| Township of Readington | $ 35.00 |
| Allstate Well Testing | $ 490.00 |
| Purchase fire extinguisher | $ 37.42 |
| Radon remediation | $ 750.00 |
| Title searches | $ 200.00 |
| Change door locks | $ 216.10 |
| Water chlorination | $ 104.85 |
| Smoke/Carbondioxide detector | $ 83.04 |
| Misc. - postage/UPS | $ 170.66 |
| Personal Prop./Garbage removal | $ 3,193.14 |
| TOTAL: | $ 5,280.21 |

**FOOTNOTE 6**

| | | |
|---|---|---|
| Appraiser | $ | 3,700.00 |
| Alan Leff Associates | $ | 1,136.25 |
| TOTAL: | $ | 4,836.25 |