UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| SECURITIES and EXCHANGE COMMISSION,　　　　　　　　　　: | Civil Action No. 10-Civ-4493 (JAP) |
| 　　　　　　Plaintiff,　　　　　　　　　　: | |
| 　　　　　　vs.　　　　　　　　　　　　　　: | **ORDER APPROVING ACCOUNTANT'S THIRD INTERIM AND FINAL FEE APPLICATION** |
| Sandra Venetis, Systematic Financial Services, Inc., Systematic Financial Associates, Inc., and Systematic Financial Services, LLC,　: | |
| 　　　　　　Defendants,　　　　　　　　　: | |
| 　　　　　　vs.　　　　　　　　　　　　　　: | |
| Venetis LLC, Jennifer Venetis and Kenneth Persley,　　　　　　　　　　: | |
| 　　　　　　Relief Defendants.　　　　　　: | |

RECEIVED

NOV - 4 2013

AT 8:30_____M
WILLIAM T WALSH CLERK

THIS MATTER having been opened to the Court by Markowitz O'Donnell, LLP (successor firm to Markowitz Gravelle, LLP), attorneys for the Receiver, by way of Application of Bederson LLP, the court-appointed accountants for the Receiver, seeking the entry of an Order Approving the Accountant's Third Interim and Final Fee Application; and good and sufficient notice having been provided to all parties in interest; the Court having read and considered the Accountant's Application; and good cause having been shown for the entry of the within Order;

IT IS on this 4 day of Nov, 2013

**ORDERED** that Bederson LLP, Accountant for Receiver in the captioned matter, be and hereby is awarded a third interim fee allowance of $6,156.50 for services rendered plus $130.30 for 100% of expenses; and it is further

**ORDERED,** that Bederson LLP, be and are hereby awarded the balance of their fees requested under their first and second fee applications in sum of $27,658.31; and it is further

**ORDERED,** that the Receiver be and is hereby authorized to pay Bederson LLP the total sum of $33,945.11, representing their Final Fee Allowance.

_____
Joel A. Pisano, U.S.D.J.