UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Civil No. 10-Civ-4493(JAP) |
| Plaintiff, | RECEIVED |
| Vs. | JAN 27 2014 |
| | AT 8:30_____M |
| | WILLIAM T WALSH CLERK |
| Sandra Venetis, Systematic Financial Services, Inc., Systematic Financial Associates, Inc., and Systematic Financial Services, LLC, | ORDER APPROVING RECEIVER'S FINAL STATUS REPORT AND FUND ACCOUNTING REPORT, TURNOVER OF FUNDS; AND DISCHARGE OF RECEIVER |
| Defendants | |
| Vs. | |
| Venetis LLC, Jennifer Venetis, and Kenneth Persley, | |
| Relief Defendants. | |

This matter having been opened to the Court by Markowitz O'Donnell, LLP (successor firm to Markowitz Gravelle, LLP), attorneys for Joshua Markowitz, the Receiver over Sandra Venetis, Systematic Financial Services, Inc., Systematic Financial Associates, Inc. and Systematic Financial Services, LLC; and the Receiver having filed a motion demanding Final Judgment approving and allowing the Receiver's Final Status Report and Final Fund Accounting Report, and further, allowing certain other relief sought by the Receiver and cited in the motion; on notice to all parties in interest; and it appearing from the Motion that the Final Status Report and Fund Accounting Report of the Receiver has been filed and all assets in the hands of the Receiver have been liquidated; and it appearing that the total amount of the assets received by the Receiver during his administration amounted to $830,837, and that the total disbursements

therefrom amounted to $290,442, leaving a balance in the Venetis Settlement Fund of $540,388.93; and it further appearing from the Receiver's motion that there are no funds available to creditors; and it further appearing to the Court that on the return date of the within Order that the Receiver intends to move (a) for approval of Receiver's Final Status Report and Fund Accounting Report; (b) allowing Receiver to turn over the balance of the Venetis Settlement Fund to the United States Attorney for the District of New Jersey; and (c) discharging the Receiver upon making the final distribution; and good cause appearing for the making of the within Order,

IT IS on this 23rd day of Jan, 2013

ORDERED that the Receiver's Motion to Approve Final Status Report and Fund Accounting Report, Turnover of Funds and Discharge of Receiver be and is hereby granted, and it is further

ORDERED that the Receiver's final account is hereby approved and allowed; and it is further

ORDERED that the Receiver is hereby authorized to distribute the balance of the monies in his hands to the United States Attorney for the District of New Jersey; and it is further

ORDERED that, upon making distribution, the Receiver shall be discharged.

_____
Joel A. Pisano, J.S.C.